Richard R. Thomas, AZ Bar No. 010484
**SMITH LC**
4505 East Chandler Boulevard, Suite 290
Phoenix, Arizona 85048
T:(480)361-8575
F: (480)350-7309
E: rthomas@smith-lc.com

*Attorneys for Sestus International Limited and Thomas Capola*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TAUN ERIC WILLIS and LEAH SUZANNE WILLIS,<br><br>Debtors. | In Proceedings Under Chapter 7<br><br>**Case No: 2:15-bk-03703-PS**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Richard R. Thomas and the law firm of SMITH LC hereby enters an appearance on behalf of Sestus International Limited and Thomas Capola in this matter. Contact information for counsel is located below.

Dated: May 18, 2017                SMITH LC

By: /s/ Richard R. Thomas
Richard R. Thomas, AZ Bar No. 010484
SMITH LC
4505 East Chandler Boulevard, Suite 290
Phoenix, Arizona 85048
T: (480)361-8575
F: (480)350-7309
E: rthomas@smith-lc.com

*Attorneys for Sestus International Limited and Thomas Capola*

ORIGINAL *electronically filed*
this 18th day of May, 2017 with
the Clerk of the United States Bankruptcy
Court and a COPY *electronically delivered* via
CM/ECF this same date to:

| | |
|---|---|
| John J. Fries, Esq.<br>Elizabeth C. Heims, Esq.<br>RYLEY CARLOCK & APPLEWHITE<br>One North Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-4417<br>jfries@rcalaw.com<br>eheims@rcalaw.com<br>*Attorneys for Maureen Gaughan, Chapter 7 Trustee* | U.S. Trustee<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003 |

/s/ Kristin E. Davenport